ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Brian M. Wheeler      State Bar No. 266661
    BWheeler@aalrr.com
Ethan G. Solove      State Bar No. 308026
    Ethan.Solove@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant
EnvisionTEC, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENVISIONTEC, INC.; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 2:20-CV-1708 <br><br> *[Removal from Superior Court of California, County of Los Angeles, Case No. 20STCV00910]* <br><br> **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant EnvisionTEC, Inc., hereby removes this action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California pursuant to United States Code Title 28 sections 1332, 1441, and 1446, and in support thereof, respectfully submits the following:

**Statement of the Case**

1. On January 8, 2020, Plaintiff AL Industries, Inc. ("Plaintiff" or "AL Industries") filed an action in the Superior Court of the State of California in and for

1  the County of Los Angeles against Defendant EnvisionTEC, Inc. ("Defendant" or
2  ("EnvisionTEC"), *AL Industries, Inc. v. EnvisionTEC, Inc.*, Case No.
3  20STCV00910 ("Complaint").  The Complaint asserts six causes of action:
4  (1) Fraud and Deceit; (2) Negligent Misrepresentation; (3) Negligence;
5  (4) Conversion; (5) Breach of Contract; and (6) Breach of Duty of Good Faith and
6  Fair Dealing.  A copy of the Complaint is attached hereto as Exhibit 1.  Defendant
7  was served on January 22, 2020.  (Exhibit 2.)  The case was assigned to Judge
8  Gregory W. Alarcon of the Los Angeles County Superior Court.  (Exhibit 3.)
9      2.    Plaintiff AL Industries, Inc. is and/or was, on information and belief, a
10 California corporation with its principal place of business in the State of California.
11 (Compl., Ex. 1.)
12     3.    Defendant EnvisionTEC, Inc. is a Michigan corporation with its
13 principal place of business in the State of Michigan.  (Exhibit 4.)

### Complete Diversity Exists

15     4.    Plaintiff AL Industries, Inc. is and/or was, on information and belief, a
16 California corporation with its principal place of business in the State of California.
17 (Compl., Ex. 1.)
18     5.    Defendant EnvisionTEC, Inc. is a Michigan corporation with its
19 principal place of business in the State of Michigan.  (Exhibit 4.)  Defendant is not,
20 and was not at any time, a citizen of the State of California.
21     6.    The Complaint also names Defendants Does 1 through 50, but pursuant
22 to 28 U.S.C. § 1441(b)(1), "the citizenship of defendants sued under fictitious names
23 shall be disregarded."
24     7.    This Court has original jurisdiction of this civil action pursuant to
25 28 U.S.C. § 1332, and Defendant may remove the action under the provisions of
26 28 U.S.C. § 1441, because this action is a civil action between citizens of different
27 states and the matter in controversy herein exceeds the sum or value of $75,000,
28 exclusive of interest and costs.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

017021.00008
26203071.1

- 2 -
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

**The Minimum Amount in Controversy is Satisfied**

8. Plaintiff prays for damages in the aggregate in excess of $950,000, exclusive of interest and costs. Plaintiff also prays for an award of attorneys' fees and punitive damages in unspecified amounts.

9. Accordingly, Plaintiff alleges an amount in controversy well in excess of the jurisdictional minimum $75,000, exclusive of interest and costs.

**Additional Procedural Requirements**

10. Removal is timely under 28 U.S.C. § 1446(b). This Notice of Removal is being filed within thirty (30) days after the receipt by Defendant, through service, of a copy of the summons and Complaint.

11. This action, filed in the Superior Court of the State of California, County of Los Angeles, is being removed to the District and Division embracing the place where the action is pending. 28 U.S.C. §1441(a).

12. Pursuant to 28 U.S.C. §1446(a), copies of all the process, pleadings, and orders on file with the state court or served on Defendants in the state court are attached collectively as Exhibits 1 through 10.

13. A notice of filing of removal, with a copy of this Notice of Removal attached thereto, is being filed with the clerk of the Superior Court of the State of California, County of Los Angeles, Case Number Case No. 20STCV00910, pursuant to 28 U.S.C. § 1446(d).

14. A notice of filing of removal, with a copy of this Notice of Removal attached thereto, is being served on Plaintiff's attorney pursuant to 28 U.S.C. § 1446(d).

15. Pursuant to 28 U.S.C. § 1446, "all defendants who have been properly joined and served must join in or consent" to removal. 28 U.S.C. § 1446(b)(2)(A). Plaintiff also named Defendant Does 1 through 50 in the state court action, but these unknown defendants are not required to join in the Notice of Removal. 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the

jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."); *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980) ("[U]nknown defendants sued as 'Does' need not be joined in a removal petition.").

16. No previous application has been made for the relief requested herein.

17. This Notice has been signed pursuant to Fed R. Civ. P. 11.

### Conclusion

By this Notice, Defendant does not intend any admission of fact, law or liability, and reserve all defenses, motions and pleas. Defendant prays that this action be removed to this Court for determination; that all further proceedings in the state court be stayed; and that Defendant obtain all additional relief to which it is entitled.

Dated: February 20, 2020

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Brian M. Wheeler*
Brian M. Wheeler
Ethan G. Solove
Attorneys for Defendant
EnvisionTEC, Inc.